HYMAN KLEIN, as Administrator, etc., of MARTIN KLEIN, Deceased, Appellant, v. 789-793 ELY AVENUE CORPORATION, Respondent.— Action for wrongful death. Order granting defendant's motion to dismiss the complaint for failure to prosecute, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

FREDERICK F. KORTLUCKE, Appellant, v. ELWOOD P. VAN SISE, MILDRED D. VAN SISE, KEW GARDENS CORPORATION, GEORGE H. COREY, CARL GRUTZNER and THOMAS D. HEWITT, as Executors, etc., of ARTHUR MAN, Deceased, MABEL L. DAWSON, KATHRYN JEAN HANSEN, EDNA P. BRINKERHOFF, LAWRENCE L. CASSIDY, SOPHIE M. CASSIDY, MARTIN A. BRUNN, HELEN J. BRUNN, THOMAS F. CLONEY, CLARE E. SCHEIDENHELM, LILLIAN M. CUFF, EUGENE PITOU, SYLVIA MORRIS, and HAZAK, INC., Respondents.— In an action brought to obtain a judicial construction of certain restrictive covenants affecting the use of plaintiff's real property, and for other relief, judgment dismissing the plaintiff's complaint, entered upon a decision of the court at the end of the plaintiff's case, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell and Taylor, JJ.; Adel, J., not voting.

GERALD LEDERMAN, an Infant, by IRVING I. LEDERMAN, His Guardian ad Litem, and IRVING I. LEDERMAN, Appellants, v. BOULEVARD SANITARIUM, INC., Respondent.— Action for damages for personal injuries suffered by the infant plaintiff while a patient in the defendant's institution. Companion action of the father for expenses. Judgment dismissing the complaint reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. The evidence presented a jury question as to whether or not the infant was injured through defendant's negligence while a patient in its institution. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

ESTELLE LEVEY and SANFORD LEVEY, by DAVID GORFINKEL, Their Guardian ad Litem, Respondents, v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion to change the place of trial of the action from Westchester county to New York county reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. For the purposes of section 182 of the Civil Practice Act, the residence of the guardian *ad litem* herein does not control. He is not a party to the action within the meaning of that section. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.